B 3A (Official Form 3A) (12/07)

# UNITED STATES BANKRUPTCY COURT

In re  Chris Soprych & Kari A Swift-Soprych  ,  Case No. 13-27569
          Debtor

Chapter  7

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 306.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 50.00    Check one  ☑ With the filing of the petition, or
                          ☐ On or before _____

   $ 86.00    on or before  09/07/2013

   $ 85.00    on or before  10/07/2013

   $ 85.00    on or before  11/07/2013

   FILED
   UNITED STATES BANKRUPTCY COURT
   NORTHERN DISTRICT OF ILLINOIS
   JUL 19 2013
   KENNETH S. GARDNER, CLERK
   PS REP. - CM

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  _____   _____  7/14/13
Signature of Attorney    Date               Signature of Debtor      Date
                                            (In a joint case, both spouses must sign.)

_____                     _____  7/14/2013
Name of Attorney                            Signature of Joint Debtor (if any)   Date

---

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section; and (4) I will not accept any additional money or other property from the debtor before the filing fee is paid in full.

_____           _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer   Social-Security No. (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs the document.

_____
Address

x_____           _____
Signature of Bankruptcy Petition Preparer                  Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

# United States Bankruptcy Court
## Northern District of Illinois
EASTERN DIVISION
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
(312) 435-5694

Date: July 9, 2013

To: Christopher R Soprych

and

Kari Alison Swift-Soprych

72 North Liberty Street

Elgin, IL 60120

Re: Application to Pay Filing Fees in Installment
Case Number: 13-27569
Debtor(s) Name: Christopher R Soprych and Kari Alison Swift-Soprych

Dear Debtor(s):

The Application to Pay Filing Fees in Installment filed by you on 07-09-2013 cannot be approved for the following reason(s):

☐ Application dates do not meet the requirements in accordance with Local Rule 1006-1. Payment dates are more than 30, 60, 90 and 120 days.

☐ Application amounts are not in four equal installments.

☑ The total bankruptcy filing fee amount is incorrect for a Chapter 7 bankruptcy case.

Page 1 of 2

☐ Application is missing the debtor/joint debtors' signature(s).

☐ Application is missing the debtor/joint debtors' attorney signature.

☐ Application is missing the bankruptcy petition preparers' date, signature, social security, employee identification number (SSN/EIN).

Other:

The cost to file a Chapter 7 Bankruptcy is $306. The court received a payment from you of $50 to open the case. Your current balance is $256.

An Amended Application to Pay Filing Fees in Installment is required. Please complete again including correcting the items checked above. The Amended Application must be filed within __7__ days.

You can bring or mail the Amended Application to Pay Filing Fees in Installment to the courthouse address listed on page 1.

Any questions, please telephone the public service help desk at (312) 435-5694.

Sincerely,

## Cynthia R Armstead

(Type your Name), Public Service Clerk

encl: Amended Application to Pay Filing Fees in Installment

Cc:  Trustee
     ILNBml_PS_QC